UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NESHADD JOSHUA MALIQUE ROSE,

Petitioner,

v. Case No.: 2:26-cv-02248-SPC-NPM

WARDEN OF GLADES COUNTY DETENTION CENTER *et al.*,

Respondents.
_______________________________/

**OPINION AND ORDER**

Before the Court are Neshadd Joshua Malique Rose's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 4).

Rose is a native and citizen of the Bahamas who entered the United States on April 7, 2022, with permission to remain until April 10, 2022. Immigration and Customs Enforcement (ICE) detained Rose on May 4, 2026, and commenced removal proceedings the next day. Rose constructively filed the habeas petition on July 15, 2026, to challenge the legality of continued detention without a bond hearing. As a noncitizen detained under 8 U.S.C. § 1226(a), Rose was entitled to a bond hearing, but he received one on June 12, 2026.

What is more, § 1226(a) no longer governs Rose's detention. On July 30, 2026, an immigration judge granted Rose's request for voluntary departure

with conditions. Federal regulation allows the government to attach conditions to voluntary departure, including "continued detention pending departure." 8 C.F.R. § 240.25(b). The voluntary departure agreement makes Rose's request for a bond hearing moot, and there is no apparent constitutional problem here because Rose's detention is not indefinite. The voluntary departure order requires Rose to leave the country by August 31, 2026. Accordingly, Rose's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on August 11, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record